USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DAISY NIEVES,

                Plaintiff,                      19 **CIVIL** 7440 (RWL)

-v-                                         **JUDGMENT**

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 25, 2020, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
          February 25, 2020

                                                **RUBY J. KRAJICK**
                                                  Clerk of Court
                                   BY:
                                                    **Deputy Clerk**

                                                THIS DOCUMENT WAS ENTERED
                                                ON THE DOCKET ON 2/25/2020